■ In the Matter of CAMELLIA R.W. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; ANN M., Appellant, et al., Respondent. [19 NYS3d 908]—

Appeal from an order of the Family Court, Queens County (Margaret P. McGowan, J.), dated June 10, 2014. The order denied the mother's motion to vacate an order of fact-finding and disposition of that court dated February 24, 2014, which, upon her failure to appear at a fact-finding hearing and after an inquest, inter alia, found that she neglected the subject child.

Ordered that the order dated June 10, 2014, is affirmed, without costs or disbursements.

The petitioner commenced this proceeding pursuant to Family Court Act article 10 alleging, inter alia, that the mother neglected the subject child. In support of her motion to vacate the order of fact-finding and disposition, which was entered upon her failure to appear at the fact-finding hearing and after an inquest, the mother submitted an affidavit in which she denied her diagnosed mental illness and that she was not compliant with her medication and treatment. This conclusory affidavit, without more, was insufficient to establish a potentially meritorious defense to the petition alleging that she neglected the subject child (*see Matter of Raphanello J.N.L.L. [Rasheem L.]*, 119 AD3d 580, 580-581 [2014]; *Matter of Jenna C. [Omisa C.]*, 81 AD3d 941, 942 [2011]). Accordingly, there is no basis to disturb the Family Court's denial of the mother's motion to vacate the order of fact-finding and disposition (*see* Family Ct Act § 1042; *Matter of Mark W. [Juanita W.]*, 107 AD3d 816, 817-818 [2013]). Dillon, J.P., Austin, Roman and Barros, JJ., concur.